### BARNES-FAIN COMPANY *v.* CHANDLER.

ATKINSON, J. 1. A petition in equity which contains no prayer for process is defective. *Orr Shoe Co.* v. *Kimbrough*, 99 *Ga.* 143 (25 S. E. 204); *Clayton* v. *Farrar Lumber Co.*, 119 *Ga.* 37 (45 S. E. 723); *Griffin* v. *Gainesville Iron Works*, 144 *Ga.* 840, 842 (88 S. E. 201). But the defect is one that may be cured by amendment. *Lyons* v. *Planters' Loan & Savings Bank*, 86 *Ga.* 485 (12 S. E. 882, 12 L. R. A. 155); *DeLacy* v. *Hurst*, 83 *Ga.* 223 (9 S. E. 1052); *Savannah, Florida & Western Ry. Co.* v. *Atkinson*, 94 *Ga.* 780 (21 S. E. 1010); *Dykes* v. *Jones*, 129 *Ga.* 99 (58 S. E. 645).

2. The amendment which the court allowed subject to demurrer added a prayer for process, thereby curing the defect in the petition; and it was error for the court to dismiss the petition as amended.

> *Judgment reversed. All the Justices concur.*
> No. 695. June 13, 1918.

Equitable petition. Before Judge Bell. Fulton superior court. October 31, 1917.

*M. M. Holloway* and *A. L. Richards*, for plaintiff.
*Walter R. Brown*, for defendant.